UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VICENTIN S.A.I.C. ET AL.,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant, | Court No. 18-00111 |

## CONSOLIDATED PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Consolidated Plaintiff LDC Argentina S.A. hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's final decision and judgment entered in this action on March 25, 2021.

                                                Respectfully submitted,

                                                /s/ Gregory J. Spak
                                              Gregory J. Spak
                                              Jessica E. Lynd

                                              WHITE AND CASE LLP
                                              701 Thirteenth Street, NW
                                              Washington, DC 20005
                                              (202) 626-3600
                                              gspak@whitecase.com
                                              Jessica.lynd@whitecase.com

May 24, 2021                                  Counsel to LDC Argentina S.A.

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 24th day of May 2021, "CONSOLIDATED PLAINTIFF'S NOTICE OF APPEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory J. Spak
Gregory J. Spak