# United States Court of Appeals for the Federal Circuit

---

**VICENTIN S.A.I.C., OLEAGINOSA MORENO HERMANOS S.A., MOLINOS AGRO S.A.,**
*Plaintiffs*

**LDC ARGENTINA S.A.,**
*Plaintiff-Appellant*

v.

**UNITED STATES, NATIONAL BIODIESEL BOARD FAIR TRADE COALITION,**
*Defendants-Appellees*

---

2021-1988

---

Appeal from the United States Court of International Trade in No. 1:18-cv-00111-CRK, 1:18-cv-00119-CRK, Judge Claire R. Kelly.

---

## MANDATE

---

In accordance with the judgment of this Court, entered August 2, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 23, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court